IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRYANT HARVEY, JR.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WEXFORD HEALTH SOURCES,** *et al.*,<br><br>**Defendants.** | Case No. 20-cv-384-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes. Plaintiff Bryant Harvey, Jr. filed this *pro se* civil rights action on April 29, 2020 (Doc. 1). He was later assigned counsel to represent him in the case (Doc. 9). On July 22, 2022, assigned counsel filed a notice of Harvey's death (Doc. 136). On July 26, 2022, the Court entered an Order acknowledging the death and directing Harvey's next of kin to file a motion for substitution within 90 days or the case would be dismissed (Doc. 137). Assigned counsel was directed to mail a copy of the Order to Harvey's next of kin. On August 5, 2022, assigned counsel filed a Notice indicating that he mailed the Court's Order to Harvey's last known address, the address where Harvey was last living after his release on parole on March 28, 2022 (Doc. 138). The Court allowed assigned counsel to withdraw (Doc. 139).

As of this date, no one has entered the case claiming to be the successor of Harvey, nor has anyone filed a motion to substitute. The deadline for a successor to enter the case

was October 26, 2022 (Doc. 137). Accordingly, the Court concludes that Harvey's next of kin has no interest in maintaining this action.

    **IT IS THEREFORE ORDERED** that this entire action is **DISMISSED with prejudice.** FED. R. CIV. P. 25(a)(1). The Clerk of Court is **DIRECTED** to close the case and enter judgment accordingly.

    **IT IS SO ORDERED.**

    DATED:   November 16, 2022

                                                **NANCY J. ROSENSTENGEL**
                                                **Chief U.S. District Judge**